

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Newark Area Office**

Two Gateway Center, Suite 1703
283-299 Market Street
Newark, NJ  07102
Intake Information Group:  (800) 669-4000
Intake Information Group TTY:  (800) 669-6820
Newark Direct Dial:  (862) 338-9410
FAX (973) 339-7380
Website:  www.eeoc.gov

August 13, 2025

<u>*VIA ECF & Email*</u>

The Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2230
New York, New York 10007
vyskocilNYSDChambers@nysd.uscourts.gov

      RE:    *EEOC v. Federal Express Corporation d/b/a FedEx Express,* **Case No. 1:25-cv-00454-(MKV)**

Dear Judge Vyskocil:

      Pursuant to the Court's Text Order dated July 21, 2025, the Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendant Federal Express Corporation submit this joint status letter.  Specifically, due to unexpected scheduling conflicts the parties did not convene for a formal mediation conference on July 14, 2025, as previously scheduled.  The Parties, however, have continued to exchange settlement proposals and drafts of a proposed Consent Decree through the Court-appointed Mediator, Attorney Rebecca Houlding.  The Parties continue to make good progress towards resolving this matter and will continue their settlement negotiations in compliance with the Court's Civil Case Management Plan and Scheduling Order dated July 31, 2025 (ECF No. 20), requiring the Parties to pursue settlement and discovery simultaneously.

      We appreciate the Court's continued courtesies and attention to this matter.

      Respectfully Yours,

      */s/ Edumin Corrales*
      _____
      Edumin Corrales
      EEOC Trial Attorney

      */s/ Charles V. Holmes*
      _____
      Charles V. Holmes
      Lead Counsel
      Federal Express Corporation

cc: Counsel of Record (via *ECF*)