IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | |
| Plaintiff, | |
| v. | Civ. Action No. 1:25-cv-00454 (MKV) |
| FEDERAL EXPRESS CORPORATION, d/b/a FEDEX EXPRESS, | [PROPOSED] ORDER |
| Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2025

Upon Motion and good cause appearing,

**IT IS HEREBY ORDERED** that, due to a lapse in appropriations for the EEOC at midnight on September 30, 2025, the litigation of and deadlines in this matter shall be **STAYED** until the EEOC's funding is restored and all pending deadlines in this matter will be extended for the same number of days as the lapse in the EEOC's funding.

The parties shall file a joint letter requesting to lift the stay within three days of the restoration of funding.

DATED this  17th  day of  October , 2025.

_____
Hon. Mary Kay Vyskocil
United States District Chief Judge

1